IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:11cr35

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| ARTHUR STANFORD WEISS. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss without Prejudice [Doc. 19]. The Defendant does not object.

The Court finds, for the reasons stated in the motion, that it should be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss without Prejudice [Doc. 19] is hereby **GRANTED** and this action is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the motions contained within Documents 11, 13 and 14 are hereby **DENIED** as moot.

Signed: July 27, 2011

Martin Reidinger
United States District Judge